**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                    Case Number **14–15985**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*
The debtor(s) listed below filed a chapter 13 bankruptcy case on 4/29/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Leonard B. Young
522 Pontiac Street
Joliet, IL 60432

| | |
|---|---|
| Case Number:  14–15985<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–8227 |
| Attorney for Debtor(s) (name and address):<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090<br>Telephone number:  847 520–8100 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532<br>Telephone number:  630–981–3888 |

## Meeting of Creditors:

Date: **May 28, 2014**                            Time: **10:00 AM**

Location:  **150 West Jefferson Street, 2nd Floor, Joliet, IL 60432**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **8/26/14**          For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **10/27/14**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **June 20, 2014**, Time: **10:30 AM**, Location: **150 West Jefferson Street, 2nd Floor, Joliet, IL 60432**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/28/14**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open:  Monday – Friday 8:30 AM – 4:30 PM | Date:  April 30, 2014 |

## EXPLANATIONS                                          B9I (Official Form 9I) (12/12)

| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
|---|---|
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-15985-BWB
Leonard B. Young                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: dsirmons        Page 1 of 2        Date Rcvd: Apr 30, 2014
                            Form ID: b9i          Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2014.
```
db         +Leonard B. Young,    522 Pontiac Street,    Joliet, IL 60432-2258
tr         +Glenn B Stearns,    801 Warrenville Road,    Suite 650,    Lisle, IL 60532-4350
21860252    Advanced Urology Associates,    1541 Riverboat Center Drive,    Joliet, IL 60431-9341
21860255   +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
21860256    Associated Radiologist of Joliet,    c/o Creditors Collection Bureau, In,    PO Box 1022,
             Wixom, MI 48393-1022
21860257    Associated Radiologist of Joliet,    39069 Treasury Center,    Chicago, IL 60694-9000
21860259   +Cda/pontiac,    Attn:Bankruptcy,    Po Box 213,    Streator, IL 61364-0213
21860260   +City of Joliet,    PO Box 457,    Wheeling, IL 60090-0457
21867409   +Credit Acceptance,    25505 W 12 Mile Rd #3000,    Southfield MI 48034-8331
21860262    Creditors Collection,    755 Almor Parkway,    Buckingham, IL 60917
21860263    DCSE/MRU,    Bankruptcy Reporting Contact,    P.O. Box 19405,    Springfield, IL 62794-9405
21860264   +Dupage County Circuit Court,    PO Box 707,    Wheaton, IL 60187-0707
21860265   +EM Strategies, Ltd,    PO Box 366,    Hinsdale, IL 60522-0366
21860267   ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
             (address filed with court:  Guaranty Bank,    PO Box 240200,    Milwaukee, WI 53224)
21860271   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
             100 W. Randolph St.,    Chicago, IL 60601)
21860268   +Ill.Dept. of Healthcare & Family,    Div. of Child Support Enforce-MRU,    509 South 6th, 4th Floor,
             Springfield, IL 62701-1809
21860269    Illinois Department of Revenue,    Office Collection Section,    P.O. Box 64300,
             Chicago, IL 60664-0300
21860270    Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
21860272   +Illinois Tollway,    ATTN: Violation Administration Cent,    2700 Ogden Ave.,
             Downers Grove, IL 60515-1703
21860273    Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
21860275   +Joliet Fire Department,    101 E Clinton Street,    Joliet, IL 60432-4137
21860276    Latisha Files,    c/o State Disbursement Unit,    PO Box 5400,    Carol Stream, IL 60197-5400
21860279   +Medical Business Bureau, LLC,    1175 Devin Drive, Suite 171,    Norton Shores, MI 49441-6079
21860278    Medical Business Bureau, LLC,    1460 Renaissance Dr., Ste 400,    Park Ridge, IL 60068-1349
21860280   +Mfg Financial Inc,    Po Box 526262,    Salt Lake City, UT 84152-6262
21860282   +PHH Arval,    Vehicle Accident Services Departmen,    PO Box 22543,    Baltimore, MD 21203-4543
21860284    Silver Cross Hospital,    Bankruptcy Department,    PO Box 739,    Moline, IL 61266-0739
21860286   +State Collection Servi,    Attn: Bankruptcy,    2509 S Stoughton Rd,    Madison, WI 53716-3314
21860288   +Vision Financial Servi,    1900 W Severs Rd,    La Porte, IN 46350-7855
21860289    Vision Financial Services,    PO Box 1768,    La Porte, IN 46352-1768
21860290    Willowbrook Police Department,    Automated Red Light Enforcement,    PO Box 22091,
             Tempe, AZ 85285-2091
21860292   +Yatin Shah, MD, SC,    2025 S Chicago Street,    Suite 1,    Joliet, IL 60436-3173
21860291    Yatin Shah, MD, SC,    34609 Eagle Way,    Chicago, IL 60678-1346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: davidsiegellaw@hotmail.com May 01 2014 01:18:06     David M Siegel,
            David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
ust        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 01 2014 01:19:49      Patrick S Layng,
            Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,    Chicago, IL 60604-2027
21860253   +EDI: AFNIRECOVERY.COM May 01 2014 00:43:00      AFNI,    1310 Martin Luther King Drive,
            Bloomington, IL 61701-1465
21860258   +EDI: CINGMIDLAND.COM May 01 2014 00:43:00      AT&T,    Bankruptcy Dept,    5407 Andrew Highway,
            Midland, TX 79706-2851
21860254   +E-mail/Text: RBALTAZAR@ARMORSYS.COM May 01 2014 01:21:39      Armor Systems Co,    1700 Kiefer Dr,
            Ste 1,    Zion, IL 60099-5105
21860261   +E-mail/Text: customerservice@jolietcity.org May 01 2014 01:19:58      City of Joliet,
            City Collector,    150 W. Jefferson Street,    Joliet, IL 60432-4148
21860266   +E-mail/Text: bknotice@erccollections.com May 01 2014 01:20:15      Enhanced Recovery Corp,
            Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21860274    EDI: IRS.COM May 01 2014 00:43:00      IRS,    Internal Revenue Service,    P.O. Box 7346,
            Philadelphia, PA 19101-7346
21860277   +E-mail/Text: legal@lighthousefinance.com May 01 2014 01:18:37      Lighthouse Financial,
            4950 N. Cumberland Ave.,    Harwood Heights, IL 60706-2902
21860281   +E-mail/Text: pmaiorano@parkviewortho.com May 01 2014 01:21:05      Parkview Orthopaedic,
            7600 College Dr.,    Palos Heights, IL 60463-1066
21860283   +E-mail/Text: mabraham@pdskin.com May 01 2014 01:19:01      Premier Dermatology,
            2051 Plainfield Road,    Crest Hill, IL 60403-1865
21860285    EDI: NEXTEL.COM May 01 2014 00:43:00      Sprint,    Attn: Bankruptcy Dept.,    P.O. Box 7949,
            Overland Park, KS 66207-0949
21860287    EDI: USCELLULAR.COM May 01 2014 00:43:00      US Cellular,    Bankruptcy Department,    PO Box 7835,
            Madison, WI 53707-7835
                                                                                 TOTAL: 13
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

```
District/off: 0752-1           User: dsirmons              Page 2 of 2                   Date Rcvd: Apr 30, 2014
                               Form ID: b9i                Total Noticed: 46
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2014                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2014 at the address(es) listed below:
              David M Siegel    on behalf of Debtor Leonard B. Young davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```